UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


Coach, Inc., et al.

    v.                                Civil No. 10-cv-141-LM

Gata Corporation, et al.


**O R D E R**

On June 15, 2011, a telephone conference occurred in this case. The following attorneys appeared: Jeffrey K. Techentin, Kelly Martin Malone and Adam M. Ramos for plaintiffs; and Thomas Morgan, Jr. for defendants.

The trial is continued to the two-week period beginning October 18, 2011. The final pretrial conference is scheduled for October 7, 2011, at 11:00 a.m.

The parties are ordered to appear on July 12, 2011, at 11:00 a.m. for a settlement conference at the Warren B. Rudman United States Courthouse, 55 Pleasant Street, Concord, New Hampshire, before Magistrate Judge Muirhead. **THE ATTORNEYS WHO WILL BE LEAD COUNSEL DURING THE TRIAL OF THE CASE SHALL APPEAR AT THE SETTLEMENT CONFERENCE WITH THEIR CLIENT(S) AND ANY PERSON OR PERSONS HAVING FULL AUTHORITY TO NEGOTIATE AND TO SETTLE THE CASE ON ANY TERMS.**

A hearing on plaintiff's pending contempt motion (doc. no. 64) is scheduled for 10:30 a.m. on July 12, 2011.

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

June 21, 2011

cc: Kelly Martin Malone, Esq.
    Thomas Morgan, Jr., Esq.
    Adam M. Ramos, Esq.
    Jeffrey K. Techentin, Esq.