UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Coach, Inc., et al.

   v.                                              Civil No. 10-cv-141-LM

Gata Corporation, et al.


**O R D E R**

    Martin Taylor, Gata Corporation, and any entity owned or controlled by either or both of them ("the defendants") are hereby enjoined from transferring any real or personal property currently owned by any of them, other than in the ordinary course of business (e.g., the sale of an individual mobile home), such assets to include, without limitations, those represented by defendants at the settlement conference on July 12, 2011, namely, any and all real estate set forth in Schedules A1-A3 attached hereto and approximately $1.5 million in liquid assets. Within five days of this order, defendants shall provide to counsel for Coach (specifically, Jeffrey Techentin by electronic and first class mail) a detailed accounting of all assets held by defendants, including both real estate and liquid assets.

This order shall remain in effect until the court issues an order on Coach's pending Motion for Attachment (Pre-Judgment) (doc. no. 59). The parties shall notify the Clerk of Court if they believe further mediation may be productive. An evidentiary hearing on the Motion for Attachment (doc. no. 59) shall occur during the week of August 1, 2011. Any further settlement conference shall be scheduled to occur on the same date.

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

Dated: July 12, 2011

The parties have expressly consented to the entry of the preceding order.

_____  _____
Martin Taylor            Coach, Inc.
                         by: Nancy Axilrod

_____  _____
Gata Corp.               Counsel for Plaintiffs
by: Martin Taylor

_____
Counsel for Defendants

| TP | Martin Taylor | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref | Address | Date Purchased | Purch Price | Description (see Note) | Assessed Value | Rental ? | Weekly/Monthly | Lease ? | Amount |
| A | 17 Graham Ave | | | Land | 113,300 | | | | |
| B | 113 Lowell Road | | | Land | 145,400 | | | | |
| C | 34 Policy Lane Mobile Park | 9/29/2008 | | Mobile Home | 19,000 | | | | |
| D | 11 Play Camp Rd | | | Land | 150,700 | | | | |
| E | 17 Shadow Lake TR Park | 11/10/2008 | | Mobile Home | 23,900 | | | | |
| F | 38 Policy Lane Mobile Park | 6/18/2009 | | Mobile Home | 14,000 | | | | |
| G | 13 Play Camp Rd | | | Land | 150,000 | | | | |
| H | 7 Policy Lane Mobile Park | 3/31/2009 | | Mobile Home | 16,300 | | | | |
| I | 9 Play Camp Rd | | | Land | 151,000 | | | | |
| J | 2 Shadow Lake TR Park | 6/22/1989 | | Mobile Home | 23,300 | | | | |
| K | 185 Shore Drive | 7/12/1985 | | House | 382,800 | | | | |
| L | 17 B Graham Ave | 3/25/1993 | | Mobile Home | 48,600 | | | | |
| M | 59 Shadow Lake Rd | 9/27/1975 | | Outbuildings | 549,700 | | | | |
| N | 12 Policy Lane Mobile Park | 6/18/1996 | | Mobile Home | 16,500 | | | | |
| O | 8 Policy Lane Mobile Park | 10/7/2008 | | Mobile Home | 22,600 | | | | |
| P | 1 Policy Lane Mobile Park | 11/1/2007 | | Mobile Home | 34,100 | | | | |
| Q | 8 Play Camp Road | | | Land | 162,800 | | | | |
| R | 10 Play Camp Road | 5/17/1983 | | Land | 180,100 | | | | |
| S | 65 Shadow Lake Road | 9/27/1975 | | Land | 106,700 | | | | |
| T | 9 Shadow Lake Road TR Park | 12/7/2007 | | Mobile Home | 15,100 | | | | |
| | Totals | | | | 2,325,900 | | | | |

Note: Trailer Park in Description may be characterized as trailer, manufactured housing, etc.

A 2

| TP Martin Taylor | | | | | |
|---|---|---|---|---|---|
| | | | | Owner of Record | |
| | | | | GATA Corporation | |
| | | | | | |
| | | | | | |
| | | | | Description | Assessed |
| Reference | Address | Date Purchased | Purch Price | | Value |
| | | | Per Person | | |
| A | 2 Island Pond Road | | | Warehouse | 1,996,200 |
| B | 36 South Main Street | | | Commercial Building | 200,400 |
| C | 12 Acres held with Daughter | | | | |
| | ( 2 Island Pond Road ) | | | | |
| | | | | | |
| | Totals | | | | 2,196,600 |

A3

| TP Martin Taylor | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Reference | Address | Date Purchased | Purch Price | Description | Assessed Value | Date Sold | Selling Price | |
| A | 2827 Brookline Avenue | | | House | | | | |
|   | New Smyrna Beach, FL | | | | | | | |
| B | Edgewater New Smyrna | | | | | | | |
|   | Beach, Florida | | | | | | | |
|   | Totals | | | | 0 | | | |